**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MUNGER, LEE J | § | Case No. 13-80878 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 15, 2013.  The undersigned trustee was appointed on March 15, 2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            172,400.52

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an | |
| interim distribution | 29,837.54 |
| Administrative expenses | 56,316.46 |
| Bank service fees | 3,472.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 82,773.93 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/03/2013 and the deadline for filing governmental claims was 09/11/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,870.03.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,870.03, for a total compensation of $11,870.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $843.47, for total expenses of $843.47.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2018                By:/s/JOSEPH D. OLSEN

Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-80878 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** MUNGER, LEE J | **Filed (f) or Converted (c):** 03/15/13 (f) |
| | **§341(a) Meeting Date:** 04/25/13 |
| **Period Ending:** 06/14/18 | **Claims Bar Date:** 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1    3234 Allman Lane, McHenry, | 200,000.00 | 0.00 | | 0.00 | FA |
| 2    3605 Wiggins, Building 3, Unit 101, Maples, | 100,000.00 | 0.00 | | 0.00 | FA |
| 3    Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4    Checking account (account seized by IL Departmen | 0.00 | 0.00 | | 0.00 | FA |
| 5    Household goods and furnishings audio, video, an | 1,000.00 | 0.00 | | 0.00 | FA |
| 6    Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7    1966 Ford Mustang | 8,000.00 | 0.00 | | 0.00 | FA |
| 8    2000 Cadillac DeVille | 1,809.00 | 0.00 | | 0.00 | FA |
| 9    Harley Davidson Softtail | 9,000.00 | 0.00 | | 0.00 | FA |
| 10   LJ Munger Agency, Inc.  (u) | 2,000.00 | 171,159.79 | | 172,400.52 | FA |
| 11   Granny's Diner, Inc.  (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| 12   1991 Rinker V260  (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| **12    Assets    Totals** (Excluding unknown values) | **$329,509.00** | **$171,159.79** | | **$172,400.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

When the Debtor filed his bankruptcy, he did not disclose his interest in L.J. Munger Agency, Inc.  That was a wholly owned corporation with minimal creditors.  It was receiving certain "termination benefits" from American Family which were to be almost $200,000.00.  The Trustee, by virtue of being a 100% shareholder in the corporation, intercepted those payments and is now collecting them on a monthly basis of approximately $3,000.00 per month.  All of the corporate creditors of the corporate case have been paid in full and the Trustee can now collect these funds in order to obtain sufficient monies to pay the individual creditors in full.  That will not occur for approximately one to two years.  In the interim because some of the claims are moving targets, the Trustee is trying to workout what is exactly owed to the ex-spouse based on joint liabilities.

It appears that there are 12 more payments due approximately and accordingly the Final Report should be done June 30, 2018

According to the Trustee's records all of the American Family payments have been made and the Trustee should not receive any more but the Trustee is not clear on that point and the next payment is due in mid-January 2018 and before the Trustee starts the process of the final report we will wait and see if a January payment is made. If it is not made the Trustee will start the final report process it is made the Trustee will wait to see if a February payment is made. In any event the final report should be on file on or before June 30, 2018.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| Case Number:  13-80878 | |
| Case Name:  MUNGER, LEE J | |
| Period Ending: 06/14/18 | |

| | |
|---|---|
| Trustee: | (330400)  JOSEPH D. OLSEN |
| Filed (f) or Converted (c): | 03/15/13 (f) |
| §341(a) Meeting Date: | 04/25/13 |
| Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    December 31, 2015          Current Projected Date Of Final Report (TFR):    June 30, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-80878  
**Case Name:** MUNGER, LEE J

**Taxpayer ID #:** **-***8879  
**Period Ending:** 06/14/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/13 | {10} | American Family Mutual Insurance Company | 3 mos. termination benefits | 1223-000 | 9,758.52 | | 9,758.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,748.52 |
| 11/14/13 | {10} | American Family Mutual Insurance Co. | turnover of insur. policy | 1223-000 | 3,252.84 | | 13,001.36 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.11 | 12,986.25 |
| 12/12/13 | {10} | American Family Mutual Insurance Co. | Turnover of term policy | 1223-000 | 3,252.84 | | 16,239.09 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 16,215.74 |
| 01/13/14 | {10} | American Family Mutual Insurance Co. | cash surrender of term benefit | 1223-000 | 3,252.84 | | 19,468.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.75 | 19,441.83 |
| 02/10/14 | 101 | Craig Willette | Per Court order 2/10 - Attys fees | 3110-000 | | 2,736.00 | 16,705.83 |
| 02/13/14 | {10} | American Family Mutual Insurance | term benefit pymt | 1223-000 | 3,252.84 | | 19,958.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.18 | 19,932.49 |
| 03/13/14 | {10} | American Family Mutual Insurance Co. | cash surrender of term benefit | 1223-000 | 3,252.84 | | 23,185.33 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.05 | 23,155.28 |
| 04/14/14 | {10} | American Family Mutual Insurance Co. | pymt on term benefit | 1223-000 | 3,252.84 | | 26,408.12 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.86 | 26,370.26 |
| 05/12/14 | {10} | American Family Mutual Insurance Co. | term benefit pymt. | 1223-000 | 3,252.84 | | 29,623.10 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.57 | 29,582.53 |
| 06/03/14 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-80878, Bond #016018067 | 2300-000 | | 27.93 | 29,554.60 |
| 06/12/14 | {10} | American Family Mutual Insurance | turnover of monthly benefit pymt | 1223-000 | 3,252.84 | | 32,807.44 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.44 | 32,764.00 |
| 07/11/14 | {10} | American Family Mutual Insurance | mo. pymt on term benefit | 1223-000 | 3,252.84 | | 36,016.84 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.49 | 35,962.35 |
| 08/13/14 | {10} | American Family Mutual Insurance | mo. pymt of term benefit | 1223-000 | 3,252.84 | | 39,215.19 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.34 | 39,162.85 |
| 09/15/14 | {10} | American Family Mutual Insurance | term benefit pymt. | 1223-000 | 3,252.84 | | 42,415.69 |
| 09/15/14 | 103 | Illinois Department of Revenue | taxes for yr ending 12/13 | 2820-000 | | 581.00 | 41,834.69 |
| 09/15/14 | 104 | Department of the Treasury | Preparation of Form 1041 yr end 6/30/14 | 2810-000 | | 3,863.00 | 37,971.69 |
| 09/15/14 | 105 | Illinois Department of Revenue | Payment of taxles year end 6/30/14 | 2820-000 | | 1,832.00 | 36,139.69 |

Subtotals :  $45,539.76  $9,400.07

{} Asset reference(s)

Printed: 06/14/2018 04:00 PM   V.14.00

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-80878 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MUNGER, LEE J | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5366 - Checking Account |
| **Taxpayer ID #:** **-***8879 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 06/14/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.50 | 36,079.19 |
| 10/13/14 | {10} | American Family Mutual Insurance | pymt on term benefit | 1223-000 | 3,252.84 | | 39,332.03 |
| 10/30/14 | 106 | Illinois Department of Employment Security | IDES claims against corporate entity (Acct #4386212-5) | 2990-000 | | 4,420.35 | 34,911.68 |
| 10/30/14 | 107 | Benning Group LLC | Per Court order 10/29 - pay accts | 3410-000 | | 1,440.00 | 33,471.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.27 | 33,415.41 |
| 11/14/14 | {10} | American Family Mutual Insurance | monthly pymt on term benefit | 1223-000 | 3,252.84 | | 36,668.25 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.29 | 36,621.96 |
| 12/05/14 | 108 | U.S. Department of Treasury | TIN 20-0796759 - 941 taxes 2nd quarter for 2008 | 2990-000 | | 1,937.42 | 34,684.54 |
| 12/05/14 | 109 | U.S. Department of Treasury | TIN 20-0796759 / 941 Tax quarters 1, 2, 3 and 4 for 2009 | 2990-000 | | 4,700.49 | 29,984.05 |
| 12/05/14 | 110 | U.S. Department of Treasury | TIN 20-0796759 / 941 taxes - 1, 2, 3 & 4 qtrly taxes for 2011 | 2990-000 | | 3,550.58 | 26,433.47 |
| 12/05/14 | 111 | U.S. Department of Treasury | TIN 20-0796759 - 941 taxes for 2, 3, 4 quarters for 2012 | 2990-000 | | 2,976.65 | 23,456.82 |
| 12/05/14 | 112 | U.S. Department of Treasury | TIN 20-0796759 / 941 tax for 1, 2, 3 & 4 quarters for 2010 | 2990-000 | | 8,243.18 | 15,213.64 |
| 12/11/14 | {10} | American Family Mutual Insurance Company | monthly benefit pymt | 1223-000 | 3,252.84 | | 18,466.48 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.08 | 18,426.40 |
| 01/13/15 | {10} | American Family Mutual Insurance Co. | mo. pymt re term benefit | 1223-000 | 3,252.84 | | 21,679.24 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.99 | 21,650.25 |
| 02/12/15 | {10} | American Family Mutual Insurance Co. | Dividend pymts | 1223-000 | 3,252.84 | | 24,903.09 |
| 02/27/15 | 113 | Illinois Department of Revenue | EIN 30-6398879 Form IL-1041 | 2820-000 | | 218.00 | 24,685.09 |
| 02/27/15 | 114 | Illinois Department of Revenue | EIN 20-0796759 Form IL-1120-ST (yr ended 12/31/14 | 2820-000 | | 97.00 | 24,588.09 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.24 | 24,556.85 |
| 03/16/15 | {10} | Amer. Fam. Ins. | Mo. pmt. | 1223-000 | 3,252.84 | | 27,809.69 |
| 03/31/15 | 115 | Benning Group, LLC | Per Ct. Ord. 3/30/15 - to pay accts | 3410-000 | | 1,175.00 | 26,634.69 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.94 | 26,594.75 |
| 04/13/15 | {10} | American Family Mutual Insurance | term benefit pymt | 1223-000 | 3,252.84 | | 29,847.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.08 | 29,806.51 |
| 05/14/15 | {10} | American Family Mutual Insurance | mo. pymt | 1223-000 | 3,252.84 | | 33,059.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.62 | 33,015.73 |
| 06/09/15 | 116 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 41.75 | 32,973.98 |

Subtotals : $26,022.72  $29,188.43

{} Asset reference(s)

Printed: 06/14/2018 04:00 PM     V.14.00

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-80878 |
| **Case Name:** | MUNGER, LEE J |
| | |
| **Taxpayer ID #:** | **-***8879 |
| **Period Ending:** | 06/14/18 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | *****5366 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/09/2015 FOR CASE #13-80878, BOND #016018067 | | | | |
| 06/12/15 | {10} | American Family Mutual Insurance | mo. pymt re: benefits | 1223-000 | 3,252.84 | | 36,226.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.96 | 36,173.86 |
| 07/13/15 | {10} | American Family Mutual Insurance | Mo. pymt re: term benefit | 1223-000 | 3,252.84 | | 39,426.70 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.41 | 39,370.29 |
| 08/13/15 | {10} | American Fami8ly Mutual Insurance Co. | term benefit pymt | 1223-000 | 3,252.84 | | 42,623.13 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.07 | 42,566.06 |
| 09/14/15 | {10} | American Family Mutual Insurance | mo. pymt | 1223-000 | 3,252.84 | | 45,818.90 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.64 | 45,751.26 |
| 10/15/15 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 49,004.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.98 | 48,936.12 |
| 11/13/15 | {10} | American Family Mutual Insurance | mo. pymt. Re: term benefit | 1223-000 | 3,252.84 | | 52,188.96 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.91 | 52,119.05 |
| 12/11/15 | {10} | American Family Mutual Insurance | mo. pymt. re: pension | 1223-000 | 3,252.84 | | 55,371.89 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.11 | 55,286.78 |
| 01/13/16 | {10} | American Family Mutual Insurance | mo. pymt. | 1223-000 | 3,252.84 | | 58,539.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.99 | 58,460.63 |
| 02/11/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on insur. prem. | 1223-000 | 3,252.84 | | 61,713.47 |
| 02/23/16 | 117 | Department of the Treasury | pymt of  priority portion of amended clm #13 | 4300-000 | | 29,837.54 | 31,875.93 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.39 | 31,792.54 |
| 03/14/16 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 35,045.38 |
| 03/15/16 | 118 | Illinois Department of Revenue | IL-1120-ST-V 12/31/15 end yr. tax prep. | 2820-000 | | 558.00 | 34,487.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.00 | 34,426.38 |
| 04/13/16 | {10} | American Family Mutual Insurance | cash surrender of policy | 1223-000 | 3,252.84 | | 37,679.22 |
| 04/13/16 | 119 | Benning Group, LLC | Per Ct. Order of 4/11 | 3410-000 | | 500.00 | 37,179.22 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.87 | 37,129.35 |
| 05/12/16 | {10} | American Family Mutual Insurance | mo. pymt on term benefit | 1223-000 | 3,252.84 | | 40,382.19 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.81 | 40,328.38 |
| 06/02/16 | 120 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #13-80878 | 2300-000 | | 16.43 | 40,311.95 |
| 06/13/16 | {10} | American Family Mutual Insurance | mo. pymt. re: term benefit | 1223-000 | 3,252.84 | | 43,564.79 |

| | Subtotals : | $42,286.92 | $31,696.11 |
|---|---|---|---|

{} Asset reference(s)

Printed: 06/14/2018 04:00 PM    V.14.00

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-80878
**Case Name:** MUNGER, LEE J

**Taxpayer ID #:** **-***8879
**Period Ending:** 06/14/18

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******5366 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Co. | | | | | |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.10 | 43,498.69 |
| 07/13/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on term benefit | 1223-000 | 3,252.84 | | 46,751.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.64 | 46,688.89 |
| 08/11/16 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 49,941.73 |
| 08/25/16 | 121 | Benning Group, LLC | Per Ct. Order of 8/24 | 3410-000 | | 325.00 | 49,616.73 |
| 08/25/16 | 122 | Illinois Department of Revenue | EIN 30-6398879 Form IL-1041 year end 6/30/16 | 2820-000 | | 1,313.00 | 48,303.73 |
| 08/25/16 | 123 | Department of the Treasury | EIN 30-6398879, Form 1041 - year end 6/30/16 | 2810-000 | | 3,555.00 | 44,748.73 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.62 | 44,672.11 |
| 09/19/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on term benefit | 1223-000 | 3,252.84 | | 47,924.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.64 | 47,859.31 |
| 10/13/16 | {10} | American Family Mutual Insurance Company | monthly payment on term benefit | 1223-000 | 3,252.84 | | 51,112.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.69 | 51,043.46 |
| 11/14/16 | {10} | American Family Mutual Insurance Company | monthly payments on term benefits | 1223-000 | 3,252.84 | | 54,296.30 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.43 | 54,215.87 |
| 12/12/16 | {10} | American Family Mutual Insurance | monthly payment on term benefits | 1223-000 | 3,252.84 | | 57,468.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.41 | 57,388.30 |
| 01/12/17 | {10} | American Family Mutual Insurance | monthly payment on term benefits | 1223-000 | 3,252.84 | | 60,641.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.83 | 60,550.31 |
| 02/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 63,803.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.46 | 63,719.69 |
| 03/14/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 66,972.53 |
| 03/14/17 | 124 | Illinois Department of Revenue | 2016 income taxes | 2820-000 | | 565.00 | 66,407.53 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.82 | 66,310.71 |
| 04/11/17 | 125 | Benning Group LLC | 2016 tax return preparation | 3410-000 | | 525.00 | 65,785.71 |
| 04/13/17 | {10} | American Family Mutual Insurance | monthly payment on life policies | 1223-000 | 3,252.84 | | 69,038.55 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.94 | 68,947.61 |
| 05/11/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 72,200.45 |

Subtotals : $35,781.24    $7,145.58

{} Asset reference(s)

Printed: 06/14/2018 04:00 PM    V.14.00

Exhibit B

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-80878 | | | | **Trustee:** JOSEPH D. OLSEN (330400) | | |
| **Case Name:** MUNGER, LEE J | | | | **Bank Name:** Rabobank, N.A. | | |
| | | | | **Account:** ******5366 - Checking Account | | |
| **Taxpayer ID #:** **-***8879 | | | | **Blanket Bond:** $1,500,000.00  (per case limit) | | |
| **Period Ending:** 06/14/18 | | | | **Separate Bond:** N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.05 | 72,088.40 |
| 06/01/17 | 126 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #13-80878, 016018067 | 2300-000 | | 52.54 | 72,035.86 |
| 06/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 75,288.70 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.12 | 75,182.58 |
| 07/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 78,435.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.87 | 78,328.55 |
| 08/15/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 81,581.39 |
| 08/31/17 | 127 | Illinois Department of Revenue | penalty & interest for 12/2013 | 2820-000 | | 96.22 | 81,485.17 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.27 | 81,358.90 |
| 09/18/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 84,611.74 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.73 | 84,497.01 |
| 10/09/17 | 128 | U.S. Department of Treasury | EIN 30-6398879 Fiscal year 07/01/16 - 06/30/17 | 2810-000 | | 3,553.00 | 80,944.01 |
| 10/09/17 | 129 | Illinois Department of Revenue | EIN 30-6398879 fiscal year 07/01/16 - 06/30/17 | 2820-000 | | 1,332.00 | 79,612.01 |
| 10/12/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 82,864.85 |
| 10/16/17 | 130 | Benning Group LLC | accountants | 3410-000 | | 350.00 | 82,514.85 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.20 | 82,385.65 |
| 11/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on insurance policies | 1223-000 | 3,252.84 | | 85,638.49 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.99 | 85,517.50 |
| 12/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on insurance policies | 1223-000 | 3,252.84 | | 88,770.34 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 88,649.10 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.25 | 88,508.85 |
| 04/17/18 | 131 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/2017 allowed per 4/16/18 Order (Doc 133)<br>Voided on 04/17/18 | 2820-004 | | 328.00 | 88,180.85 |
| 04/17/18 | 131 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/2017 allowed per 4/16/18 Order | 2820-004 | | -328.00 | 88,508.85 |

|  | Subtotals : | $22,769.88 | $6,461.48 |
|---|---|---|---|

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-80878 | |
| **Case Name:** MUNGER, LEE J | |
| | |
| **Taxpayer ID #:** **-***8879 | |
| **Period Ending:** 06/14/18 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5366 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Doc 133) Voided: check issued on 04/17/18 | | | | |
| 04/17/18 | 132 | Illinois Department of Revenue | EIN 30-6398879, Form IL-1041 for the year ended 12/31/17 allowed per 4/16/18 Order (Doc 133) | 2820-000 | | 1,493.00 | 87,015.85 |
| 04/17/18 | 133 | Benning Group, LLC | Preparation of 2017 corporate tax return for L.J. Munger Agency, Inc. allowed per 4/16/18 Order (Doc 134) | 3410-000 | | 550.00 | 86,465.85 |
| 04/17/18 | 134 | Benning Group, LLC | Preparation of fiduciary tax forms for year ending 12/31/2017 for Bankruptcy Estate of Lee J. Munger allowed per 4/16/18 Order (Doc 134) | 3410-000 | | 375.00 | 86,090.85 |
| 04/17/18 | 135 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/17 allowed per 4/16/18 Order (Doc 133) | 2810-000 | | 3,280.00 | 82,810.85 |
| 06/05/18 | 136 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #13-80878, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 36.92 | 82,773.93 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 172,400.52 | 89,626.59 | **$82,773.93** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 172,400.52 | 89,626.59 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$172,400.52** | **$89,626.59** | |

| | |
|---|---|
| Net Receipts : | 172,400.52 |
| Net Estate : | $172,400.52 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5366** | 172,400.52 | 89,626.59 | 82,773.93 |
| | $172,400.52 | $89,626.59 | $82,773.93 |

Printed:  06/14/18 04:00 PM

# Exhibit "C" -  Analysis of Claims Register

## Case:  13-80878   MUNGER, LEE J

| | | | |
|---|---|---|---|
| **Case Balance:**   $82,773.93 | **Total Proposed Payment:**   $82,773.93 | **Remaining Balance:**   $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Attorney Joseph D Olsen <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 7,449.00 | 7,449.00 | 0.00 | 7,449.00 | 7,449.00 | 75,324.93 |
| | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch.  7 | 843.47 | 843.47 | 0.00 | 843.47 | 843.47 | 74,481.46 |
| | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch.  7 | 11,870.03 | 11,870.03 | 0.00 | 11,870.03 | 11,870.03 | 62,611.43 |
| 12 | Becky K. Moujouros | Priority | 36,066.71 | 0.00 | 0.00 | 0.00 | 0.00 | 62,611.43 |
| 13P-3 | Department of the Treasury | Priority | 29,837.54 | 29,837.54 | 0.00 | 29,837.54 | 29,837.54 | 32,773.89 |
| 1 | Nordstrom fsb | Unsecured | 168.42 | 168.42 | 0.00 | 168.42 | 89.22 | 32,684.67 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 681.36 | 681.36 | 0.00 | 681.36 | 360.90 | 32,323.77 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 347.63 | 347.63 | 0.00 | 347.63 | 184.13 | 32,139.64 |
| 4 | Robert Krup | Unsecured | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 1,589.04 | 30,550.60 |
| 5 | HC Processing Center | Unsecured | 2,284.37 | 2,284.37 | 0.00 | 2,284.37 | 1,209.99 | 29,340.61 |
| 6 | American InfoSource LP as agent for | Unsecured | 656.31 | 656.31 | 0.00 | 656.31 | 347.63 | 28,992.98 |
| 7 | PYOD, LLC its successors and assigns as assignee | Unsecured | 850.12 | 850.12 | 0.00 | 850.12 | 450.29 | 28,542.69 |
| 8 | Internal Revenue Service | Unsecured | 38,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,542.69 |
| 9 | Premier Bankcard/ Charter | Unsecured | 238.24 | 238.24 | 0.00 | 238.24 | 126.19 | 28,416.50 |
| 10 | US Foods | Unsecured | 8,900.62 | 0.00 | 0.00 | 0.00 | 0.00 | 28,416.50 |
| 11 | Edward Ditchfield | Unsecured | 21,650.00 | 21,650.00 | 0.00 | 21,650.00 | 11,467.59 | 16,948.91 |
| 13U-3 | Department of the Treasury | Unsecured | 31,998.35 | 31,998.35 | 0.00 | 31,998.35 | 16,948.91 | 0.00 |
| | **Total for Case 13-80878 :** | | **$194,842.17** | **$111,874.84** | **$0.00** | **$111,874.84** | **$82,773.93** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $20,162.50 | $20,162.50 | $0.00 | $20,162.50 | 100.000000% |
| **Total Priority Claims :** | $65,904.25 | $29,837.54 | $0.00 | $29,837.54 | 100.000000% |
| **Total Unsecured Claims :** | $108,775.42 | $61,874.80 | $0.00 | $32,773.89 | 52.968074% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-80878
Case Name: MUNGER, LEE J
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $ 82,773.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 82,773.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 11,870.03 | 0.00 | 11,870.03 |
| Trustee, Expenses - JOSEPH D. OLSEN | 843.47 | 0.00 | 843.47 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 7,449.00 | 0.00 | 7,449.00 |

Total to be paid for chapter 7 administration expenses:  $ 20,162.50
Remaining balance:  $ 62,611.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 62,611.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,837.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Becky K. Moujouros | 0.00 | 0.00 | 0.00 |
| 13P-3 | Department of the Treasury | 29,837.54 | 0.00 | 29,837.54 |

**UST Form 101-7-TFR (05/1/2011)**

|                                              |    |           |
|----------------------------------------------|----|-----------|
| Total to be paid for priority claims:        | $  | 29,837.54 |
| Remaining balance:                           | $  | 32,773.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,874.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1 | Nordstrom fsb | 168.42 | 0.00 | 89.22 |
| 2 | Capital One Bank (USA), N.A. | 681.36 | 0.00 | 360.90 |
| 3 | Capital One Bank (USA), N.A. | 347.63 | 0.00 | 184.13 |
| 4 | Robert Krup | 3,000.00 | 0.00 | 1,589.04 |
| 5 | HC Processing Center | 2,284.37 | 0.00 | 1,209.99 |
| 6 | American InfoSource LP as agent for | 656.31 | 0.00 | 347.63 |
| 7 | PYOD, LLC its successors and assigns as assignee | 850.12 | 0.00 | 450.29 |
| 8 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 9 | Premier Bankcard/ Charter | 238.24 | 0.00 | 126.19 |
| 10 | US Foods | 0.00 | 0.00 | 0.00 |
| 11 | Edward Ditchfield | 21,650.00 | 0.00 | 11,467.59 |
| 13U-3 | Department of the Treasury | 31,998.35 | 0.00 | 16,948.91 |

|                                                        |    |           |
|--------------------------------------------------------|----|-----------|
| Total to be paid for timely general unsecured claims:  | $  | 32,773.89 |
| Remaining balance:                                     | $  | 0.00      |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**