**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| MUNGER, LEE J | § | Case Number: 13-80878 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Robert L. Arnold
119 N. Northwest Hwy
Palatine, IL 60067

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306-0328 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Deme Munger<br>361 Killborne Drive<br>Deerfield, IL 60015 |
| Dependon Collection<br>Po Box 4833<br>Oak Brook, IL 60522-4833 | (UD)   Direct TV<br>First National Collection Bureau, Inc.<br>Dept. #21377<br>Oaks, PA 19456 | First National Colle<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Golf Star Marina<br>708 Fisherman's Warf<br>Fort Meyer Beach, FL 33931-2204 | Harris & Harris Ltd<br>222 Merchandise Mart Plz<br>Chicago, IL 60654-1103 |
| Hccredit/feb<br>203 E Emma Ave Ste A<br>Springdale, AR 72764-4625 | Ic Systems Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Illinois Department Of Revenue<br>P.O. Box 19031<br>Springfield, IL 62794-9031 |
| Law Offices of Robert Arnold PC<br>119 N Northwest Hwy<br>Palatine, IL 60067-5324 | Nicholas Kouzoukas<br>8412 Oak Ave.<br>Niles, IL 60714-1430 | Northwest Collectors (original Creditor:<br>3601 Algonquin Rd Ste 23<br>Rolling Meadows, IL 60008-3126 |
| Robert Krup<br>990 S. Bartlett Road<br>Bartlett, IL 60103-6500 | US Foods<br>Teller, Levit & Silvertrust, P.C.<br>19 South LaSalle Street, Suite 701<br>Chicago, IL 60603-6369 | Attorney Stephen Costello<br>119 North Western AVenue<br>Carpentersville, IL 60110 |
| E. Ditchfield<br>4921 Randolph<br>Hillside, IL 60162-1020 | (UD)   A/r Concepts<br>33 W Higgins Rd Suite 715<br>South Barrington, IL 60010-9103 | (UD)   Allied Interstate Ll<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7689 |
| American InfoSource LP<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 | Becky K. Moujouros<br>1739 Court Street<br>McHenry, IL 60051-4476 | Becky K. Moujouros<br>c/o Thomas E. Laughlin<br>3400 North Rockton Avenue<br>Rockford, IL 61103 |
| (UD)   Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (UD)   Diversified Svs Group<br>1824 W Grand Ave Ste 200<br>Chicago, IL 60622-6721 |

| | | |
|---|---|---|
| Edward Ditchfield<br>John M Kennelly<br>1010 Lake Street, Suite 605<br>Oak Park, IL 60301-1136 | HC Processing Center<br>PO Box 829<br>Springdale, AR 72765-0829 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | PYOD, LLC of FNBM LLC<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602-9008 | Premier Bankcard/ Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Seterus Inc<br>14523 Sw Millikan Suite 200<br>Beaverton, OR 97005-2352 | Seterus, Inc.<br>c/o Attorney Andrew J. Nelson<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | Lee J. Munger<br>3234 Almond Lane<br>McHenry, IL 60051 |