# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MUNGER, LEE J    § Case No. 13-80878
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $327,509.00　　　　　　　Assets Exempt: $18,509.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $89,798.92　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $0.00

Total Expenses of Administration: $79,951.55

---

　　3) Total gross receipts of $ 172,540.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,789.53 (see **Exhibit 2**), yielded net receipts of $169,750.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $29,837.54 | $29,837.54 | $29,837.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 79,812.07 | 79,812.07 | 79,951.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 65,904.25 | 29,837.54 | 29,837.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 109,022.81 | 30,123.84 | 30,123.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $284,576.67 | $169,610.99 | $169,750.47 |

    4) This case was originally filed under Chapter 7 on March 15, 2013. The case was pending for 69 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2018          By: /s/JOSEPH D. OLSEN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of Trustee's Fees after return of IRS cla | 1290-002 | 139.48 |
| LJ Munger Agency, Inc. | 1223-000 | 172,400.52 |
| **TOTAL GROSS RECEIPTS** | | **$172,540.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MUNGER, LEE J | Surplus Check to Debtor | 8200-002 | 2,789.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,789.53** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury | 4300-000 | N/A | 29,837.54 | 29,837.54 | 29,837.54 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$29,837.54** | **$29,837.54** | **$29,837.54** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 11,730.55 | 11,730.55 | 11,870.03 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 843.47 | 843.47 | 843.47 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 7,449.00 | 7,449.00 | 7,449.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount | Amount | Amount |
|---|---|---|---:|---:|---:|
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.11 | 15.11 | 15.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.35 | 23.35 | 23.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.75 | 26.75 | 26.75 |
| Attorney for Trustee Fees (Trustee Firm) - Craig Willette | 3110-000 | N/A | 2,736.00 | 2,736.00 | 2,736.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.18 | 26.18 | 26.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.05 | 30.05 | 30.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.86 | 37.86 | 37.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.57 | 40.57 | 40.57 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 27.93 | 27.93 | 27.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.44 | 43.44 | 43.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.49 | 54.49 | 54.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.34 | 52.34 | 52.34 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 581.00 | 581.00 | 581.00 |
| Other - Department of the Treasury | 2810-000 | N/A | 3,863.00 | 3,863.00 | 3,863.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 1,832.00 | 1,832.00 | 1,832.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.50 | 60.50 | 60.50 |
| Other - Illinois Department of Employment Security | 2990-000 | N/A | 4,420.35 | 4,420.35 | 4,420.35 |
| Other - Benning Group LLC | 3410-000 | N/A | 1,440.00 | 1,440.00 | 1,440.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.27 | 56.27 | 56.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.29 | 46.29 | 46.29 |
| Other - U.S. Department of Treasury | 2990-000 | N/A | 1,937.42 | 1,937.42 | 1,937.42 |
| Other - U.S. Department of Treasury | 2990-000 | N/A | 4,700.49 | 4,700.49 | 4,700.49 |
| Other - U.S. Department of Treasury | 2990-000 | N/A | 3,550.58 | 3,550.58 | 3,550.58 |
| Other - U.S. Department of Treasury | 2990-000 | N/A | 2,976.65 | 2,976.65 | 2,976.65 |
| Other - U.S. Department of Treasury | 2990-000 | N/A | 8,243.18 | 8,243.18 | 8,243.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.08 | 40.08 | 40.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.99 | 28.99 | 28.99 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 218.00 | 218.00 | 218.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 97.00 | 97.00 | 97.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.24 | 31.24 | 31.24 |
| Other - Benning Group, LLC | 3410-000 | N/A | 1,175.00 | 1,175.00 | 1,175.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.94 | 39.94 | 39.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.08 | 41.08 | 41.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.62 | 43.62 | 43.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 41.75 | 41.75 | 41.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.96 | 52.96 | 52.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.41 | 56.41 | 56.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.07 | 57.07 | 57.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.64 | 67.64 | 67.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.98 | 67.98 | 67.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.91 | 69.91 | 69.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.11 | 85.11 | 85.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.99 | 78.99 | 78.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.39 | 83.39 | 83.39 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 558.00 | 558.00 | 558.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.00 | 61.00 | 61.00 |
| Other - Benning Group, LLC | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.87 | 49.87 | 49.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.81 | 53.81 | 53.81 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.43 | 16.43 | 16.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.10 | 66.10 | 66.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.64 | 62.64 | 62.64 |
| Other - Benning Group, LLC | 3410-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 1,313.00 | 1,313.00 | 1,313.00 |
| Other - Department of the Treasury | 2810-000 | N/A | 3,555.00 | 3,555.00 | 3,555.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.62 | 76.62 | 76.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.64 | 65.64 | 65.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.69 | 68.69 | 68.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.43 | 80.43 | 80.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.41 | 80.41 | 80.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.83 | 90.83 | 90.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.46 | 83.46 | 83.46 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 565.00 | 565.00 | 565.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.82 | 96.82 | 96.82 |
| Other - Benning Group LLC | 3410-000 | N/A | 525.00 | 525.00 | 525.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.94 | 90.94 | 90.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 112.05 | 112.05 | 112.05 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 52.54 | 52.54 | 52.54 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.12 | 106.12 | 106.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.87 | 106.87 | 106.87 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 96.22 | 96.22 | 96.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.27 | 126.27 | 126.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.73 | 114.73 | 114.73 |
| Other - U.S. Department of Treasury | 2810-000 | N/A | 3,553.00 | 3,553.00 | 3,553.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 1,332.00 | 1,332.00 | 1,332.00 |
| Other - Benning Group LLC | 3410-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.20 | 129.20 | 129.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 120.99 | 120.99 | 120.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.24 | 121.24 | 121.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.25 | 140.25 | 140.25 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 1,493.00 | 1,493.00 | 1,493.00 |
| Other - Benning Group, LLC | 3410-000 | N/A | 550.00 | 550.00 | 550.00 |
| Other - Benning Group, LLC | 3410-000 | N/A | 375.00 | 375.00 | 375.00 |
| Other - United States Treasury | 2810-000 | N/A | 3,280.00 | 3,280.00 | 3,280.00 |
| Other - International Surities Ltd | 2300-000 | N/A | 36.92 | 36.92 | 36.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $79,812.07 | $79,812.07 | $79,951.55 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Becky K. Moujouros | 5800-000 | N/A | 36,066.71 | 0.00 | 0.00 |
| 13P-3 | Department of the Treasury | 5800-000 | N/A | 29,837.54 | 29,837.54 | 29,837.54 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $65,904.25 | $29,837.54 | $29,837.54 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 168.42 | 168.42 | 168.42 |
| 1I | Nordstrom fsb | 7990-000 | N/A | 1.39 | 1.39 | 1.39 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 681.36 | 681.36 | 681.36 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 5.64 | 5.64 | 5.64 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 347.63 | 347.63 | 347.63 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 2.88 | 2.88 | 2.88 |
| 4 | Robert Krup | 7100-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| 4I | Robert Krup | 7990-000 | N/A | 24.84 | 24.84 | 24.84 |
| 5 | HC Processing Center | 7100-000 | N/A | 2,284.37 | 2,284.37 | 2,284.37 |
| 5I | HC Processing Center | 7990-000 | N/A | 18.92 | 18.92 | 18.92 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 656.31 | 656.31 | 656.31 |
| 6I | American InfoSource LP as agent for | 7990-000 | N/A | 5.43 | 5.43 | 5.43 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 850.12 | 850.12 | 850.12 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 7.04 | 7.04 | 7.04 |
| 8 | Internal Revenue Service | 7100-000 | N/A | 38,000.00 | 0.00 | 0.00 |
| 9 | Premier Bankcard/ Charter | 7100-000 | N/A | 238.24 | 238.24 | 238.24 |
| 9I | Premier Bankcard/ Charter | 7990-000 | N/A | 1.97 | 1.97 | 1.97 |
| 10 | US Foods | 7100-000 | N/A | 8,900.62 | 0.00 | 0.00 |
| 11 | Edward Ditchfield | 7100-000 | N/A | 21,650.00 | 21,650.00 | 21,650.00 |
| 11I | Edward Ditchfield | 7990-000 | N/A | 179.28 | 179.28 | 179.28 |
| 13U-3 | Department of the Treasury | 7100-000 | N/A | 31,998.35 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $109,022.81 | $30,123.84 | $30,123.84 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80878  
**Case Name:** MUNGER, LEE J

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/15/13 (f)  
**§341(a) Meeting Date:** 04/25/13

**Period Ending:** 12/11/18

**Claims Bar Date:** 09/03/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3234 Allman Lane, McHenry, | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3605 Wiggins, Building 3, Unit 101, Maples, | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account (account seized by IL Departmen | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings audio, video, an | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 1966 Ford Mustang | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2000 Cadillac DeVille | 1,809.00 | 0.00 | | 0.00 | FA |
| 9 | Harley Davidson Softtail | 9,000.00 | 0.00 | | 0.00 | FA |
| 10 | LJ Munger Agency, Inc.  (u) | 2,000.00 | 171,159.79 | | 172,400.52 | FA |
| 11 | Granny's Diner, Inc.  (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1991 Rinker V260  (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets**   Totals (Excluding unknown values) | **$329,509.00** | **$171,159.79** | | **$172,400.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/09/2018 called BMS Banking re deposit of refunded trustee fees to deactivate any new service fees following the TFR date of 6/14/2018 and the Supplemental Proposed Distribution Report filed on 10/05/2018 (Doc 142).  Neville will deactivate the service fees once again.

When the Debtor filed his bankruptcy, he did not disclose his interest in L.J. Munger Agency, Inc.  That was a wholly  owned corporation with minimal creditors.  It was receiving certain "termination benefits" from American Family which were to be almost $200,000.00.  The Trustee, by virtue of being a 100% shareholder in the corporation, intercepted those payments and is now collecting them on a monthly basis of approximately $3,000.00 per month.  All of the corporate creditors of the corporate case have been paid in full and the Trustee can now collect these funds in order to obtain sufficient  monies to pay the individual creditors in full.  That will not occur for approximately one to two years.   In the interim because some of the claims are moving targets, the Trustee is trying to workout what is exactly owed to the ex-spouse based on joint liabilities.

It appears that there are 12 more payments due approximately and accordingly the Final Report should be done June 30, 2018

According to the Trustee's records all of the American Family payments have been made and the Trustee should not receive any more but the Trustee is not clear on that point and the next payment is due in mid-January 2018 and before the Trustee starts the process of the final report we will wait and see if a January payment is made. If it is not made the Trustee will start the final report process it is made the Trustee will wait to see if a February payment is made. In any event the final report should be on file on or before June 30, 2018.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80878  
**Case Name:** MUNGER, LEE J

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/15/13 (f)  
**§341(a) Meeting Date:** 04/25/13

**Period Ending:** 12/11/18  
**Claims Bar Date:** 09/03/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015       **Current Projected Date Of Final Report (TFR):**    July 11, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/15/13 | {10} | American Family Mutual Insurance Company | 3 mos. termination benefits | 1223-000 | 9,758.52 | | 9,758.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,748.52 |
| 11/14/13 | {10} | American Family Mutual Insurance Co. | turnover of insur. policy | 1223-000 | 3,252.84 | | 13,001.36 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.11 | 12,986.25 |
| 12/12/13 | {10} | American Family Mutual Insurance Co. | Turnover of term policy | 1223-000 | 3,252.84 | | 16,239.09 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 16,215.74 |
| 01/13/14 | {10} | American Family Mutual Insurance Co. | cash surrender of term benefit | 1223-000 | 3,252.84 | | 19,468.58 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.75 | 19,441.83 |
| 02/10/14 | 101 | Craig Willette | Per Court order 2/10 - Attys fees | 3110-000 | | 2,736.00 | 16,705.83 |
| 02/13/14 | {10} | American Family Mutual Insurance | term benefit pymt | 1223-000 | 3,252.84 | | 19,958.67 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.18 | 19,932.49 |
| 03/13/14 | {10} | American Family Mutual Insurance Co. | cash surrender of term benefit | 1223-000 | 3,252.84 | | 23,185.33 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.05 | 23,155.28 |
| 04/14/14 | {10} | American Family Mutual Insurance Co. | pymt on term benefit | 1223-000 | 3,252.84 | | 26,408.12 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.86 | 26,370.26 |
| 05/12/14 | {10} | American Family Mutual Insurance Co. | term benefit pymt. | 1223-000 | 3,252.84 | | 29,623.10 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.57 | 29,582.53 |
| 06/03/14 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #13-80878, Bond #016018067 | 2300-000 | | 27.93 | 29,554.60 |
| 06/12/14 | {10} | American Family Mutual Insurance | turnover of monthly benefit pymt | 1223-000 | 3,252.84 | | 32,807.44 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.44 | 32,764.00 |
| 07/11/14 | {10} | American Family Mutual Insurance | mo. pymt on term benefit | 1223-000 | 3,252.84 | | 36,016.84 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.49 | 35,962.35 |
| 08/13/14 | {10} | American Family Mutual Insurance | mo. pymt of term benefit | 1223-000 | 3,252.84 | | 39,215.19 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.34 | 39,162.85 |
| 09/15/14 | {10} | American Family Mutual Insurance | term benefit pymt. | 1223-000 | 3,252.84 | | 42,415.69 |
| 09/15/14 | 103 | Illinois Department of Revenue | taxes for yr ending 12/13 | 2820-000 | | 581.00 | 41,834.69 |
| 09/15/14 | 104 | Department of the Treasury | Preparation of Form 1041 yr end 6/30/14 | 2810-000 | | 3,863.00 | 37,971.69 |
| 09/15/14 | 105 | Illinois Department of Revenue | Payment of taxles year end 6/30/14 | 2820-000 | | 1,832.00 | 36,139.69 |

Subtotals :   $45,539.76   $9,400.07

{} Asset reference(s)

Printed: 12/11/2018 08:15 AM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.50 | 36,079.19 |
| 10/13/14 | {10} | American Family Mutual Insurance | pymt on term benefit | 1223-000 | 3,252.84 | | 39,332.03 |
| 10/30/14 | 106 | Illinois Department of Employment Security | IDES claims against corporate entity (Acct #4386212-5) | 2990-000 | | 4,420.35 | 34,911.68 |
| 10/30/14 | 107 | Benning Group LLC | Per Court order 10/29 - pay accts | 3410-000 | | 1,440.00 | 33,471.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.27 | 33,415.41 |
| 11/14/14 | {10} | American Family Mutual Insurance | monthly pymt on term benefit | 1223-000 | 3,252.84 | | 36,668.25 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.29 | 36,621.96 |
| 12/05/14 | 108 | U.S. Department of Treasury | TIN 20-0796759 - 941 taxes 2nd quarter for 2008 | 2990-000 | | 1,937.42 | 34,684.54 |
| 12/05/14 | 109 | U.S. Department of Treasury | TIN 20-0796759 / 941 Tax quarters 1, 2, 3 and 4 for 2009 | 2990-000 | | 4,700.49 | 29,984.05 |
| 12/05/14 | 110 | U.S. Department of Treasury | TIN 20-0796759 / 941 taxes - 1, 2, 3 & 4 qtrly taxes for 2011 | 2990-000 | | 3,550.58 | 26,433.47 |
| 12/05/14 | 111 | U.S. Department of Treasury | TIN 20-0796759 - 941 taxes for 2, 3, 4 quarters for 2012 | 2990-000 | | 2,976.65 | 23,456.82 |
| 12/05/14 | 112 | U.S. Department of Treasury | TIN 20-0796759 / 941 tax for 1, 2, 3 & 4 quarters for 2010 | 2990-000 | | 8,243.18 | 15,213.64 |
| 12/11/14 | {10} | American Family Mutual Insurance Company | monthly benefit pymt | 1223-000 | 3,252.84 | | 18,466.48 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.08 | 18,426.40 |
| 01/13/15 | {10} | American Family Mutual Insurance Co. | mo. pymt re term benefit | 1223-000 | 3,252.84 | | 21,679.24 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.99 | 21,650.25 |
| 02/12/15 | {10} | American Family Mutual Insurance Co. | Dividend pymts | 1223-000 | 3,252.84 | | 24,903.09 |
| 02/27/15 | 113 | Illinois Department of Revenue | EIN 30-6398879 Form IL-1041 | 2820-000 | | 218.00 | 24,685.09 |
| 02/27/15 | 114 | Illinois Department of Revenue | EIN 20-0796759 Form IL-1120-ST (yr ended 12/31/14 | 2820-000 | | 97.00 | 24,588.09 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.24 | 24,556.85 |
| 03/16/15 | {10} | Amer. Fam. Ins. | Mo. pmt. | 1223-000 | 3,252.84 | | 27,809.69 |
| 03/31/15 | 115 | Benning Group, LLC | Per Ct. Ord. 3/30/15 - to pay accts | 3410-000 | | 1,175.00 | 26,634.69 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.94 | 26,594.75 |
| 04/13/15 | {10} | American Family Mutual Insurance | term benefit pymt | 1223-000 | 3,252.84 | | 29,847.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.08 | 29,806.51 |
| 05/14/15 | {10} | American Family Mutual Insurance | mo. pymt | 1223-000 | 3,252.84 | | 33,059.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.62 | 33,015.73 |
| 06/09/15 | 116 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 41.75 | 32,973.98 |
| | | | Subtotals : | | $26,022.72 | $29,188.43 | |

{} Asset reference(s)      Printed: 12/11/2018 08:15 AM    V.14.14

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-80878  
**Case Name:** MUNGER, LEE J  
**Taxpayer ID #:** **-***8879  
**Period Ending:** 12/11/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/09/2015 FOR CASE #13-80878, BOND #016018067 | | | | |
| 06/12/15 | {10} | American Family Mutual Insurance | mo. pymt re: benefits | 1223-000 | 3,252.84 | | 36,226.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.96 | 36,173.86 |
| 07/13/15 | {10} | American Family Mutual Insurance | Mo. pymt re: term benefit | 1223-000 | 3,252.84 | | 39,426.70 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.41 | 39,370.29 |
| 08/13/15 | {10} | American Fami8ly Mutual Insurance Co. | term benefit pymt | 1223-000 | 3,252.84 | | 42,623.13 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.07 | 42,566.06 |
| 09/14/15 | {10} | American Family Mutual Insurance | mo. pymt | 1223-000 | 3,252.84 | | 45,818.90 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.64 | 45,751.26 |
| 10/15/15 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 49,004.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.98 | 48,936.12 |
| 11/13/15 | {10} | American Family Mutual Insurance | mo. pymt. Re: term benefit | 1223-000 | 3,252.84 | | 52,188.96 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.91 | 52,119.05 |
| 12/11/15 | {10} | American Family Mutual Insurance | mo. pymt. re: pension | 1223-000 | 3,252.84 | | 55,371.89 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.11 | 55,286.78 |
| 01/13/16 | {10} | American Family Mutual Insurance | mo. pymt. | 1223-000 | 3,252.84 | | 58,539.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.99 | 58,460.63 |
| 02/11/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on insur. prem. | 1223-000 | 3,252.84 | | 61,713.47 |
| 02/23/16 | 117 | Department of the Treasury | pymt of priority portion of amended clm #13 | 4300-000 | | 29,837.54 | 31,875.93 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.39 | 31,792.54 |
| 03/14/16 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 35,045.38 |
| 03/15/16 | 118 | Illinois Department of Revenue | IL-1120-ST-V 12/31/15 end yr. tax prep. | 2820-000 | | 558.00 | 34,487.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.00 | 34,426.38 |
| 04/13/16 | {10} | American Family Mutual Insurance | cash surrender of policy | 1223-000 | 3,252.84 | | 37,679.22 |
| 04/13/16 | 119 | Benning Group, LLC | Per Ct. Order of 4/11 | 3410-000 | | 500.00 | 37,179.22 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.87 | 37,129.35 |
| 05/12/16 | {10} | American Family Mutual Insurance | mo. pymt on term benefit | 1223-000 | 3,252.84 | | 40,382.19 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.81 | 40,328.38 |
| 06/02/16 | 120 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #13-80878 | 2300-000 | | 16.43 | 40,311.95 |
| 06/13/16 | {10} | American Family Mutual Insurance | mo. pymt. re: term benefit | 1223-000 | 3,252.84 | | 43,564.79 |

Subtotals : $42,286.92   $31,696.11

{} Asset reference(s)                                                    Printed: 12/11/2018 08:15 AM   V.14.14

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Co. | | | | | |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.10 | 43,498.69 |
| 07/13/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on term benefit | 1223-000 | 3,252.84 | | 46,751.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.64 | 46,688.89 |
| 08/11/16 | {10} | American Family Mutual Insurance Co. | mo. pymt | 1223-000 | 3,252.84 | | 49,941.73 |
| 08/25/16 | 121 | Benning Group, LLC | Per Ct. Order of 8/24 | 3410-000 | | 325.00 | 49,616.73 |
| 08/25/16 | 122 | Illinois Department of Revenue | EIN 30-6398879 Form IL-1041 year end 6/30/16 | 2820-000 | | 1,313.00 | 48,303.73 |
| 08/25/16 | 123 | Department of the Treasury | EIN 30-6398879, Form 1041 - year end 6/30/16 | 2810-000 | | 3,555.00 | 44,748.73 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.62 | 44,672.11 |
| 09/19/16 | {10} | American Family Mutual Insurance Co. | mo. pymt. on term benefit | 1223-000 | 3,252.84 | | 47,924.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.64 | 47,859.31 |
| 10/13/16 | {10} | American Family Mutual Insurance Company | monthly payment on term benefit | 1223-000 | 3,252.84 | | 51,112.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.69 | 51,043.46 |
| 11/14/16 | {10} | American Family Mutual Insurance Company | monthly payments on term benefits | 1223-000 | 3,252.84 | | 54,296.30 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.43 | 54,215.87 |
| 12/12/16 | {10} | American Family Mutual Insurance | monthly payment on term benefits | 1223-000 | 3,252.84 | | 57,468.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.41 | 57,388.30 |
| 01/12/17 | {10} | American Family Mutual Insurance | monthly payment on term benefits | 1223-000 | 3,252.84 | | 60,641.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.83 | 60,550.31 |
| 02/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 63,803.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.46 | 63,719.69 |
| 03/14/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 66,972.53 |
| 03/14/17 | 124 | Illinois Department of Revenue | 2016 income taxes | 2820-000 | | 565.00 | 66,407.53 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.82 | 66,310.71 |
| 04/11/17 | 125 | Benning Group LLC | 2016 tax return preparation | 3410-000 | | 525.00 | 65,785.71 |
| 04/13/17 | {10} | American Family Mutual Insurance | monthly payment on life policies | 1223-000 | 3,252.84 | | 69,038.55 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.94 | 68,947.61 |
| 05/11/17 | {10} | American Family Mutual Insurance Company | monthly payment on life policies | 1223-000 | 3,252.84 | | 72,200.45 |

Subtotals :    $35,781.24    $7,145.58

{} Asset reference(s)

Printed: 12/11/2018 08:15 AM    V.14.14

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.05 | 72,088.40 |
| 06/01/17 | 126 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #13-80878, 016018067 | 2300-000 | | 52.54 | 72,035.86 |
| 06/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 75,288.70 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.12 | 75,182.58 |
| 07/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 78,435.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.87 | 78,328.55 |
| 08/15/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 81,581.39 |
| 08/31/17 | 127 | Illinois Department of Revenue | penalty & interest for 12/2013 | 2820-000 | | 96.22 | 81,485.17 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.27 | 81,358.90 |
| 09/18/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 84,611.74 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.73 | 84,497.01 |
| 10/09/17 | 128 | U.S. Department of Treasury | EIN 30-6398879 Fiscal year 07/01/16 - 06/30/17 | 2810-000 | | 3,553.00 | 80,944.01 |
| 10/09/17 | 129 | Illinois Department of Revenue | EiN 30-6398879 fiscal year 07/01/16 - 06/30/17 | 2820-000 | | 1,332.00 | 79,612.01 |
| 10/12/17 | {10} | American Family Mutual Insurance Company | monthly payment on life insurance policies | 1223-000 | 3,252.84 | | 82,864.85 |
| 10/16/17 | 130 | Benning Group LLC | accountants | 3410-000 | | 350.00 | 82,514.85 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.20 | 82,385.65 |
| 11/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on insurance policies | 1223-000 | 3,252.84 | | 85,638.49 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.99 | 85,517.50 |
| 12/13/17 | {10} | American Family Mutual Insurance Company | monthly payment on insurance policies | 1223-000 | 3,252.84 | | 88,770.34 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 88,649.10 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.25 | 88,508.85 |
| 04/17/18 | 131 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/2017 allowed per 4/16/18 Order (Doc 133) Voided on 04/17/18 | 2820-004 | | 328.00 | 88,180.85 |
| 04/17/18 | 131 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/2017 allowed per 4/16/18 Order | 2820-004 | | -328.00 | 88,508.85 |

Subtotals :  $22,769.88  $6,461.48

{} Asset reference(s)

Printed: 12/11/2018 08:15 AM  V.14.14

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | (Doc 133) Voided: check issued on 04/17/18 | | | | |
| 04/17/18 | 132 | Illinois Department of Revenue | EIN 30-6398879, Form IL-1041 for the year ended 12/31/17 allowed per 4/16/18 Order (Doc 133) | 2820-000 | | 1,493.00 | 87,015.85 |
| 04/17/18 | 133 | Benning Group, LLC | Preparation of 2017 corporate tax return for L.J. Munger Agency, Inc. allowed per 4/16/18 Order (Doc 134) | 3410-000 | | 550.00 | 86,465.85 |
| 04/17/18 | 134 | Benning Group, LLC | Preparation of fiduciary tax forms for year ending 12/31/2017 for Bankruptcy Estate of Lee J. Munger allowed per 4/16/18 Order (Doc 134) | 3410-000 | | 375.00 | 86,090.85 |
| 04/17/18 | 135 | United States Treasury | EIN 30-6398879, Form 1041 for the year ended 12/31/17 allowed per 4/16/18 Order (Doc 133) | 2810-000 | | 3,280.00 | 82,810.85 |
| 06/05/18 | 136 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #13-80878, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 36.92 | 82,773.93 |
| 07/12/18 | 137 | JOSEPH D. OLSEN | TRUSTEE'S FEES & EXPENSES | 2100-000 | | 11,870.03 | 70,903.90 |
| 07/12/18 | 138 | JOSEPH D. OLSEN | TRUSTEE'S FEES & EXPENSES | 2200-000 | | 843.47 | 70,060.43 |
| 07/12/18 | 139 | Attorney Joseph D Olsen | ATTORNEY FEES & EXPENSES | 3110-000 | | 7,449.00 | 62,611.43 |
| 07/12/18 | 140 | Department of the Treasury | Check for Priority Claim pursuant to 7/11/2018 court order (Doc 141) | 5800-000 | | 29,837.54 | 32,773.89 |
| 07/12/18 | 141 | Nordstrom fsb | Check for Allowed General Unsecured Claim 1 per 7/11/18 Court Order | 7100-000 | | 89.22 | 32,684.67 |
| 07/12/18 | 142 | Capital One Bank (USA), N.A. | Check for Allowed general unsecured Claim 2 per 7/11/18 court Order | 7100-000 | | 360.90 | 32,323.77 |
| 07/12/18 | 143 | Capital One Bank (USA), N.A. | Check for general unsecured Claim 3 per 7/11/2018 court order | 7100-000 | | 184.13 | 32,139.64 |
| 07/12/18 | 144 | Robert Krup | Check for general unsecured Claim 4 per 7/11/2018 Court Order | 7100-000 | | 1,589.04 | 30,550.60 |
| 07/12/18 | 145 | HC Processing Center | Check for general unsecured Claim 5 per 7/11/2018 Court Order | 7100-000 | | 1,209.99 | 29,340.61 |
| 07/12/18 | 146 | American InfoSource LP as agent for | Check for general unsecured Claim 6 per 7/11/2018 Court Order | 7100-000 | | 347.63 | 28,992.98 |
| 07/12/18 | 147 | PYOD, LLC its successors and assigns as assignee | Check for general unsecured Claim 7 per 7/11/2018 Court Order | 7100-000 | | 450.29 | 28,542.69 |
| 07/12/18 | 148 | Premier Bankcard/ Charter | Check for general unsecured Claim 9 per | 7100-000 | | 126.19 | 28,416.50 |

Subtotals :    $0.00    $60,092.35

{} Asset reference(s)

Printed: 12/11/2018 08:15 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 7/11/2018 Court Order | | | | |
| 07/12/18 | 149 | Edward Ditchfield | Check for general unsecured Claim 11 per 7/11/2018 Court Order | 7100-000 | | 11,467.59 | 16,948.91 |
| 07/12/18 | 150 | Department of the Treasury | Check for general unsecured Claim 13U-3 per 7/11/2018 Court Order<br>Voided on 09/20/18 | 7100-004 | | 16,948.91 | 0.00 |
| 09/20/18 | 150 | Department of the Treasury | Check for general unsecured Claim 13U-3 per 7/11/2018 Court Order<br>Voided: check issued on 07/12/18 | 7100-004 | | -16,948.91 | 16,948.91 |
| 10/09/18 | | Attorney Joseph D Olsen | Refund of Trustee's Fees after return of IRS claim payment and Supplemental Proposed Distribution Report (Doc 142). | 1290-002 | 139.48 | | 17,088.39 |
| 10/11/18 | 151 | Nordstrom fsb | Supplemental Distribution and Interest for Claim No. 1 | | | 80.59 | 17,007.80 |
| | | | Supplemental Distribution Check for Claim No. 1    79.20 | 7100-000 | | | 17,007.80 |
| | | | Supplemental Interest Check for Claim No. 1    1.39 | 7990-000 | | | 17,007.80 |
| 10/11/18 | 152 | Capital One Bank (USA), N.A. | Supplemental Distribution and Interest for Claim No. 2 | | | 326.10 | 16,681.70 |
| | | | Supplemental Distribution Check for Claim No. 2    320.46 | 7100-000 | | | 16,681.70 |
| | | | Supplemental Interest Check for Claim No. 2    5.64 | 7990-000 | | | 16,681.70 |
| 10/11/18 | 153 | Capital One Bank (USA), N.A. | Supplemental Distribution and Interest Check for Claim No. 3 | | | 166.38 | 16,515.32 |
| | | | Supplemental Distribution Check for Claim No. 3    163.50 | 7100-000 | | | 16,515.32 |
| | | | Supplemental Interest Check for Claim No. 3    2.88 | 7990-000 | | | 16,515.32 |
| 10/11/18 | 154 | Robert Krup | Supplemental Distribution and Interest Check for Claim No. 4 | | | 1,435.80 | 15,079.52 |
| | | | Supplemental Distribution Check for Claim No. 4    1,410.96 | 7100-000 | | | 15,079.52 |
| | | | Supplemental Interest    24.84 | 7990-000 | | | 15,079.52 |

Subtotals :          $139.48          $13,476.46

{} Asset reference(s)                                                                 Printed: 12/11/2018 08:15 AM    V.14.14

## Form 2

Page: 8

### Cash Receipts And Disbursements Record

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Check for Claim No. 4 | | | | |
| 10/11/18 | 155 | HC Processing Center | Supplemental Distribution and Interest Check for Claim No. 5 | | | 1,093.30 | 13,986.22 |
| | | | Supplemental Distribution Check for Claim No. 5    1,074.38 | 7100-000 | | | 13,986.22 |
| | | | Supplemental Interest Check for Claim No.. 5    18.92 | 7990-000 | | | 13,986.22 |
| 10/11/18 | 156 | American InfoSource LP as agent for | Supplemental Distribution and Interest for Claim No. 6 | | | 314.11 | 13,672.11 |
| | | | Supplemental Distribution Check for Claim No. 6    308.68 | 7100-000 | | | 13,672.11 |
| | | | Supplemental Interest Check for Claim No. 6    5.43 | 7990-000 | | | 13,672.11 |
| 10/11/18 | 157 | PYOD, LLC its successors and assigns as assignee | Supplemental Distribution and Interest Check for Claim No. 7 | | | 406.87 | 13,265.24 |
| | | | Supplemental Distribution Check for Claim No. 7    399.83 | 7100-000 | | | 13,265.24 |
| | | | Supplemental Interest Check for Claim No. 7    7.04 | 7990-000 | | | 13,265.24 |
| 10/11/18 | 158 | Premier Bankcard/ Charter | Supplemental Disbution and Interest Check for Claim No. 9 | | | 114.02 | 13,151.22 |
| | | | Supplemental Distribution Check for Claim No. 9    112.05 | 7100-000 | | | 13,151.22 |
| | | | Supplemental Interest Check for Claim No. 9    1.97 | 7990-000 | | | 13,151.22 |
| 10/11/18 | 159 | Edward Ditchfield | Supplemental Distribution and Interest Check for Claim No. 11 | | | 10,361.69 | 2,789.53 |
| | | | Supplemental Distribution Check for Claim No. 11    10,182.41 | 7100-000 | | | 2,789.53 |
| | | | Supplemental Interest Check for Claim No. 11    179.28 | 7990-000 | | | 2,789.53 |
| 10/11/18 | 160 | MUNGER, LEE J | Surplus Check to Debtor | 8200-002 | | 2,789.53 | 0.00 |

Subtotals :    $0.00    $15,079.52

{} Asset reference(s)

Printed: 12/11/2018 08:15 AM    V.14.14

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 13-80878 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MUNGER, LEE J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/11/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 172,540.00 | 172,540.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 172,540.00 | 172,540.00 | |
| | | | Less: Payments to Debtors | | | 2,789.53 | |
| | | | **NET Receipts / Disbursements** | | **$172,540.00** | **$169,750.47** | |

| | | |
|---|---|---|
| Net Receipts : | 172,540.00 | |
| Less Payments to Debtor : | 2,789.53 | |
| Less Other Noncompensable Items : | 139.48 | |
| Net Estate : | $169,610.99 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5366** | 172,540.00 | 169,750.47 | 0.00 |
| | $172,540.00 | $169,750.47 | $0.00 |